# IN THE SUPREME COURT OF THE STATE OF NEVADA

ESTEBAN RODRIGUEZ, JR.,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76391

**FILED**

AUG 30 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on August 23, 2017. Appellant did not file the notice of appeal, however, until July 10, 2018, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.        _____, J.
Parraguirre                          Stiglich

18-34054

cc: Hon. Scott N. Freeman, District Judge
Esteban Rodriguez, Jr.
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A